■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN DI CAPRIO, Appellant. — Judgment of the County Court, Orange County (Ingrassia, J.), rendered February 5, 1980, affirmed. No opinion. This case is remitted to the County Court, Orange County, for further proceedings pursuant to CPL 460.50 (subd 5). Margett, J. P., O'Connor, Weinstein and Thompson, JJ., concur.